UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MORGAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROHR, INC., *et al.*,<br><br>Defendants. | Case No.: 3:20-cv-00574-GPC-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE CLASS CERTIFICATION DISCOVERY CUT-OFF**<br><br>**[ECF No. 51]** |

  This matter comes before the Court on the parties' Joint Stipulation to Continue Class Certification Discovery Cut-Off. ECF No. 51.

  Under Fed. R. Civ. P 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent." "Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The good cause standard focuses on the diligence of the party seeking to amend the scheduling order and the reasons for seeking modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "[T]he court may modify the schedule on a showing of good cause if it cannot reasonably be met despite the diligence of the party seeking the extension." Fed. R. Civ. P. 16, advisory committee's notes to 1983 amendment. Therefore, "a party demonstrates good cause by acting diligently to meet the original deadlines set forth by the court." *Merck v. Swift*

*Transportation Co.*, No. CV-16-01103-PHX-ROS, 2018 WL 4492362, at *2 (D. Ariz. Sept. 19, 2018).

The Court previously found good cause to grant a 30-day extension of the class certification deadline from February 15 to March 17, 2021. ECF No. 50. The basis of that extension was to permit the parties to work together to coordinate an additional 30(b)(6) deposition for certain topics regarding which Defendant's existing 30(b)(6) witness could not be designated to testify. *See id.* In the instant motion, the parties explain that the deposition of the 30(b)(6) witness on the remaining topics was scheduled on March 17, 2021—the discovery cut-off date. For that reason, the parties agreed to request a one-week continuance of the class certification discovery deadline, to the extent the deposition does not proceed as planned or the witness identifies documents during the deposition that have not yet been produced. ECF No. 51 at 4.

The Court finds the parties have established good cause for the requested extension and accordingly **GRANTS** the Motion (ECF No. 51). The class certification discovery cut-off is hereby extended from March 17, 2021 to **March 24, 2021** to the extent the deposition of Defendant Rohr, Inc.'s 30(b)(6) witness does not proceed as planned on March 17, 2021, or the witness identifies documents during the deposition that have not yet been produced, and Plaintiffs must request an informal conference. **This extension does not apply to any other discovery matter**.

All other dates and deadlines set forth in the Scheduling Order (ECF No. 44) remain in place, except as explicitly modified by intervening orders of the Court.

**IT IS SO ORDERED.**

Dated:  March 18, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge