**SEYFARTH SHAW LLP**
Jonathan L. Brophy (SBN 245223)
Email:  jbrophy@seyfarth.com
Romtin Parvaresh (SBN 301554)
Email:  rparvaresh@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

**SEYFARTH SHAW LLP**
Timothy M. Rusche (SBN 230036)
Email:  trusche@seyfarth.com
Bernard Olshansky (SBN 336251)
E-mail:  bolshansky@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendants
ROHR, INC., HAMILTON SUNDSTRAND
CORPORATION and UNITED
TECHNOLOGIES CORPORATION

*Attorneys For Plaintiffs On Next Page*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MORGAN, an individual; MICHAEL BEVAN, an individual; individually, and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ROHR, INC., a corporation; HAMILTON SUNDSTRAND, d/b/a UTC AEROSPACE SYSTEMS d/b/a COLLINS AEROSPACE; UNITED TECHNOLOGIES CORPORATION; <br><br> Defendants. | Case No. 3:20-CV-00574-GPC-AHG <br><br> **CLASS ACTION** <br><br> **JOINT SUPPLEMENTAL BRIEF REGARDING MOTION, OPPOSITION TO COMPEL RESPONSES TO DEFENDANT'S REQUESTS FOR ADMISSION, SET ONE, SPECIAL INTERROGATORIES, SET ONE** <br><br> Complaint Filed:  March 27, 2019 <br> FAC Filed:  April 26, 2019 <br> SAC Filed:  June 19, 2020 <br> Trial Date:  None set |

JOINT SUPP. BRIEF RE: MOTION TO COMPEL RESPONSES TO DEF.'S RFA, SPEC. ROGS

92848913v.2

**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
mmatern@maternlawgroup.com
SCOTT A. BROOKS (SBN 160115)
sbrooks@maternlawgroup.com
KIRAN PRASAD (SBN 255348)
kprasad@maternlawgroup.com
DALIA R. KHALILI (SBN 25384)
dkhalili@maternlawgroup.com
JULIA Z. WELLS (SBN 314242)
jwells@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, Ca 90266
Telephone: (310) 531-1900
Facsimile:  (310) 531 1901

Attorneys For Plaintiffs NATHANIEL MORGAN
and MICHAEL BEVAN, individually, and on
behalf of others similarly situated

JOINT SUPP. BRIEF RE: MOTION TO COMPEL RESPONSES TO DEF.'S RFA, SPEC. ROGS

92848913v.2

Pursuant to this Court's Order of March 3, 2023 (Dkt. 146) and in relation to the Parties' Joint Motion/Opposition to Compel Responses to Rohr's First Sets of Requests for Admission and Special Interrogatories of February 24, 2023 (Dkt. 145), Plaintiffs Nathaniel Morgan and Michael Bevan, and Defendants Rohr, Inc., Hamilton Sundstrand Corporation, and United Technologies Corporation, jointly submit this Supplemental Brief regarding their discovery dispute.

## DEPOSITION DATES OF PLAINTIFFS NATHANIEL MORGAN AND MICHAEL BEVAN

On February 28, 2020, Defendants deposed Plaintiff Nathaniel Morgan.

On February 8, 2021, Defendants deposed Plaintiff Michael Bevan.

The electronic filer below hereby attests that all parties on whose behalf this filing is jointly submitted, have concurred in this filing's content and have authorized the electronic filer to file this document.

DATED: March 9, 2023                    SEYFARTH SHAW LLP


                                        By: */s/ Romtin Parvaresh*
                                            Romtin Parvaresh
                                            Attorneys for Defendants

DATED: March 9, 2023                    MATERN LAW GROUP, PC


                                        By: */s/ Julia Z. Wells*
                                            Julia Z. Wells
                                            Attorneys for Plaintiffs and the Class

1

JOINT SUPP. BRIEF RE: MOTION TO COMPEL RESPONSES TO DEF.'S RFA, SPEC. ROGS

92848913v.2