```
 1 | MATTHEW J. MATERN (SBN 159798)
   | mmatern@maternlawgroup.com
 2 | DALIA KHALILI (SBN 253840)
 3 | dkhalili@maternlawgroup.com
   | DEBRA J. TAUGER (SBN 143726)
 4 | dtauger@maternlawgroup.com
   | MATTHEW W. GORDON (SBN 267971)
 5 | mgordon@maternlawgroup.com
   | KAYVON SABOURIAN (SBN 310863)
 6 | ksabourian@maternlawgroup.com
 7 | JULIA Z. WELLS (SBN 314242)
   | jwells@maternlawgroup.com
 8 | MATERN LAW GROUP, PC
   | 2101 E. El Segundo Boulevard, Suite 403
 9 | El Segundo, California 90266
   | Telephone: (310) 531-1900
10 | Facsimile:  (310) 531-1901
11 |
   | Attorneys for Plaintiffs
12 |
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MORGAN, an individual; MICHAEL BEVAN, an individual; and ANTONEE HARRIS, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROHR, INC., a corporation; HAMILTON SUNDSTRAND, d/b/a UTC AEROSPACE SYSTEMS d/b/a COLLINS AEROSPACE; UNITED TECHNOLOGIES CORPORATION;<br><br>Defendants. | Case No. 3:20-CV-00574-GPC-AHG<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS, COLLECTIVE, AND REPRESENTATIVE ACTION SETTLEMENT**<br><br>Date:        April 25, 2025<br>Time:       1:30 p.m.<br>Courtroom:  2D<br>Judge:      Hon. Gonzalo P. Curiel |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 25, 2025 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 2D of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Plaintiffs Nathaniel Morgan, Michael Bevan, and Antonee Harris ("Plaintiffs") will, and hereby do, move this Court for entry of a order as follows:

1. Granting preliminary approval of the proposed Joint Stipulation of Class, Collective, and Representative Action Settlement ("Settlement" or "Stipulation"), attached as Exhibit 2 to the Declaration of Matthew W. Gordon in Support of Plaintiffs' Motion for Preliminary Approval of Class, Collective, and Representative Action Settlement;[1]

2. Approving the proposed Notice of Settlement for Class, Collective, and Representative Action ("Class Notice"), attached as Exhibit A to the Stipulation, the FLSA Opt-In Form, attached as Exhibit B to the Stipulation, and the plan for distribution of the Class Notice to Class Members;

3. Provisionally certifying the following classes for settlement purposes only:

   a. <u>Settlement Class</u>: all individuals whom Defendant Rohr, Inc. employed in California as hourly paid, non-exempt union employees at any time from March 27, 2015 through August 31, 2024.

   b. <u>Collective Members</u>: all individuals whom Defendant Rohr, Inc. employed in California as hourly paid, non-exempt union employees at any time from March 27, 2016 through August 31, 2024.

4. Appointing Plaintiffs as Class Representatives for the classes;

5. Appointing Matern Law Group, PC as Class Counsel;

6. Appointing CPT Group, Inc. as the Settlement Administrator; and

---

[1] All capitalized terms defined in the Settlement shall have the same meaning when used in this Notice.

7. Scheduling a Final Approval Hearing regarding the final approval of the Settlement, the Class Representative Service Payments, the Settlement Administration Costs, the PAGA Settlement, the FLSA Amount, and the Class Counsel Payment.

This motion is made on the grounds that the proposed Settlement is "fair, reasonable, and adequate" under Rule 23(e)(2) of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 23(e)(2). Furthermore, the proposed Class Notice complies with due process requirements and fairly and adequately informs the members of the Settlement Class of the terms of the proposed Settlement, their potential payments, their rights and responsibilities, and the consequences of the Settlement before deciding whether to opt out or to submit objections. Fed. R. Civ. P. 23(c)(2)(B).

Additionally, provisional certification for settlement purposes only is appropriate because (1) the classes are so numerous that joinder of all members is impracticable; (2) there are questions of law or fact common to the classes; (3) the claims or defenses of Plaintiffs are typical of the claims or defenses of the members of the classes; (4) Plaintiffs will fairly and adequately protect the interests of the classes; (5) the questions of law or fact common to members of the Settlement Class predominate over any questions affecting only individual members; and (6) a class action is superior to other available methods for fairly and efficiently adjudicating the controversy. Because Plaintiffs and the Collective Members are similarly situated, conditional certification of the collective action under 29 U.S.C. § 216(b) is also appropriate.

///
///
///
///
///
///
///
///

1  This motion is based on this Notice, the attached Memorandum of Points and
2  Authorities, the Declaration of Matthew W. Gordon (and all exhibits thereto, including
3  the Stipulation), the Declarations of Matthew J. Matern, Plaintiff Nathaniel Morgan,
4  Plaintiff Michael Bevan, Plaintiff Antonee Harris, and Julie Green on Behalf of CPT
5  Group, Inc., all documents and records on file in this matter, and such additional argument,
6  authorities, and evidence as may be presented hereafter and at the hearing on this matter.

8  DATED: March 4, 2025         Respectfully submitted,
9                                MATERN LAW GROUP, PC

11                       By:    */s/ Matthew W. Gordon*
                                MATTHEW J. MATERN
12                              DALIA KHALILI
                                DEBRA J. TAUGER
13                              MATTHEW W. GORDON
                                KAYVON SABOURIAN
14                              JULIA Z. WELLS
                                Attorneys for Plaintiffs